## McCaleb et al v. McCaleb et al.

[74 South. 275—70 South. 563, Division A.]

Cost. *Item. Jury fees.*

The fees of jurors summoned on an issue *devisavit vel non*, which have been paid out of the county treasury, cannot be charged against the litigants as there is no statute authorizing that to be done.

Appeal from the chancery court of Harrison county.

Hon. J. M. Stevens, Chancellor.

On motion to retax cost after decree was affirmed. For former opinion see 110 Miss. 486, 70 So. 563.

The facts are sufficiently stated in the opinion of the court.

*Neville & Morse,* for appellant.

*Mize & Mize,* for appellee.

Smith, C. J., delivered the opinion of the court.

The decree of the court below was affirmed on a former day of this term, and in responding to a suggestion of error filed by counsel for appellants we said: [The opinion in full is reported in 110 Miss. 486, 70 So. 563.]

Pursuant to this permission, counsel for appellants have filed a proper assignment of error and brief; and,

113 Miss.—22

upon an examination of the question presented, we are of the opinion that the fees of the jurors should not have been taxed against the litigants, as we have been unable to find any statute authorizing that to be done.

The decree of the court below, therefore, will be modified by eliminating this provision therefrom.